UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAECIPIO CONSULTING, LLC, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>NICHOLAS HOWSER, et al.,<br><br>　　　　　Defendants. | Case No. 25-cv-02927-JST<br><br>**ORDER ON SUPPLEMENTAL BRIEFING**<br><br>Re: ECF No. 117 |

On January 22, 2026, the Court held a hearing on Plaintiffs' motion for a default judgment sanction against Defendant James Areias. ECF No. 112. Seeking default judgment on three claims against Areias, the motion argues that he spoliated evidence by destroying the hard drive of the Lenovo laptop that served as his primary work computer. ECF No. 73. At the hearing, the Court expressed interest in evaluating as a sanction a jury instruction that one or more elements of Plaintiffs' claims had been established and did not require further proof. The Court invited the parties to submit a proposed briefing schedule. The parties submitted a briefing schedule proposing 90 pages of supplemental briefing, organized into parallel opening and reply briefs to be filed by February 23 and March 9, respectively. ECF No. 117.

Having considered the parties' proposal, the Court concludes that a single joint brief would be more helpful than the five separate briefs proposed by the parties. Accordingly, no later than March 9, 2026,[1] the parties shall file a joint supplemental brief, not exceeding 40 pages, that lists

/ / /

/ / /

---

[1] If the parties believe that the filing of a joint brief requires more time than they proposed for the filing of reply briefs, the Court will entertain a stipulation for a brief extension of this deadline.

each element of each relevant[2] claim and provides the parties' respective views as to whether the destroyed evidence warrants a finding that the element has been satisfied.

**IT IS SO ORDERED.**

Dated: February 4, 2026



JON S. TIGAR
United States District Judge

---

[2] A claim is "relevant" if the Plaintiffs believe it should be the subject of a sanction.

2